1

2                                                      Enter/JS-6

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   DENISE KAY CRONIN,                )   Case No. EDCV 08-1265 AN
                                       )
11               Plaintiff,            )   JUDGMENT
                                       )
12        v.                           )
                                       )
13   MICHAEL J. ASTRUE,                )
     COMMISSIONER OF THE SOCIAL        )
14   SECURITY ADMINISTRATION,          )
                                       )
15               Defendant.            )
                                       )
16   _____)

17        For the reasons set forth in the accompanying Order, it is hereby ADJUDGED

18   AND DECREED THAT the Commissioner's final decision is affirmed and that this

19   action is dismissed with prejudice.

20

21   DATED:     July 31, 2009                    /s/ Arthur Nakazato
                                              ARTHUR NAKAZATO
22                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28